JOSEPH KAUFMANN, Appellant, v. RALPH GARFIEL and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

JOSEPH KAUFMANN, Appellant, v. RALPH GARFIEL and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

JOSEPH KAUFMANN, Appellant, v. RALPH GARFIEL and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of JAMES HART, Appellant, against GEORGE V. McLAUGHLIN, as Police Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

NORMAN S. RIESENFELD, Respondent, v. JOSEPH F. A. O'DONNELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

SARAH SEITZER, Respondent, v. NEW YORK TIMES COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

HURWITZ-BERLIN Co., INC., Appellant, v. M. J. BERLIN & BRO., INC., Respondent.— Order modified by striking out the words "reporting with his opinion to me," and inserting in place thereof, "reporting said proofs to this court at Special Term," and as so modified affirmed, without costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

GIBRALTAR FINANCE CORPORATION, Respondent, v. BANKERS TRUST COMPANY, Appellant, Impleaded with Another, Defendant.— Order modified by limiting the examination to item numbered 7 in said order, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ABRAHAM SEIDEL, Appellant, v. NEW YORK INDEMNITY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of this order with notice of entry thereof. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ABRAHAM SEIDEL, Appellant, v. NEW YORK INDEMNITY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of this order with notice of entry thereof. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

AUGUST BAUER, as Administrator, etc., of WILLIAM BAUER, Deceased, Respondent, v. PARK VERSAILLES REALTY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to plaintiff to serve proper bill of particulars in compliance with the order therefor within ten days from date of entry of this order upon payment